AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Antwan Robinson<br>*Plaintiff*<br>v.<br>Ms. Jean Rutledge; HCA, Ms. Victoria Bugolua; LPN, Ms. Wilhelmina Golden; Lt., Ms. Susan Duffy; Capt., Mr. Steven Rech; FSC, Ms. Kirk; FSD, Mr. Vernon Miller; Capt., Lt. Tamara Conwell, Nurse Allison Young; LPN, Mr. Olson; FSD, Nurse Deborah Murrell; LPN; Ms. Amy Enloe, Nurse Practitioner<br>*Defendant* | Civil Action No.  2:10-cv-1023-DCN |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Report and Recommendations of Magistrate Judge Bruce Howe Hendricks are accepted. This case is dismissed with prejudice for lack of prosecution and for failure to comply with the court's orders. The Plaintiff shall take nothing on his claim filed pursuant to title 42 U.S.C. § 1983.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States Chief District Judge.

Date:   April 14, 2011                                           *CLERK OF COURT*

                                                                                    s/H. Hillman
                                                                    *Signature of Clerk or Deputy Clerk*